UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

GEORGE ARTHUR DELCONTE, JR.
REBECCA JAYNE DELCONTE
A/K/A REBECCA JAYNE MURRAY

Debtors.

Case No.: 07-30583-DOT

Chapter 13

## STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

The law firm of Wolcott Rivers Gates (the "Firm"), an entity representing more than one creditor in the captioned case, makes the following verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019:

1. The Firm represents two creditors in the captioned case, Ford Motor Credit Company LLC ("Ford"), National Bankruptcy Service Center, P.O. Box 6275, Dearborn, MI 48121, and American Honda Finance Corporation ("Honda"), National Bankruptcy Center, 3625 West Royal Lane, Ste. 200, Irving, TX 75063.

2. Ford is a secured creditor relative to a 2006 Ford F150.

3. Honda is a secured creditor relative to a 2006 Honda Motorcycle CAF230F6 and 2004 Honda Civic CPEX.

4. The interest of Ford does not conflict with those of Honda.

5. The Firm does not own, nor has it ever owned, any claim whatsoever against George

Carl A. Eason, Esquire
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, Virginia 23452
(757) 497-6633
V.S.B. #18636

Arthur DelConte, Jr. And Rebecca Jayne DelConte nor any of its equity securities, and has no other interest in this case.

                                              Wolcott Rivers Gates

Date:  March 28, 2012                         By: /s/ Carl A. Eason

    I, Carl A. Eason, certify under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge.

                                              /s/ Carl A. Eason
                                              Carl A. Eason

Executed on: March 28, 2012