**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In Re: George Arthur Delconte, Jr.
Rebecca J. Delconte**

**AS TO DEBTOR REBECCA J. DELCONTE ONLY**

                                                **Case No: 07-30583
Chapter 13**

**MOTION TO FIND TRANSFER VOID AND DIRECT THE CHAPTER 13 TRUSTEE TO COMMENCE AN ADVERSARY PROCEEDING TO SELL REAL ESTATE OR DISMISS CASE WITH PERMANENT BAR OF DISCHARGE**

COMES NOW, your Chapter 13 Trustee, By Counsel, and moves the Court to hold the transfer of real estate to be a Void Transfer and direct the Chapter 13 Trustee to commence an Adversary Proceeding to Sell Real Estate or Dismiss this case, with a permanent bar to discharge of any of the claims filed in this case belonging to the debtor, Rebecca J. Delconte, and in support thereof states as follows:

1. The Debtor originally filed this case on February 16, 2007.

2. On or about December 20, 2010, the debtor, Ms. Delconte, received, as an inheritance, a one-half interest in real estate that was paid for in full.

3. On or about April 7, 2011, the Debtor, Ms. Delconte, by Deed of Gift transferred all of her interest in the real estate to her sister for no consideration.

4. The Chapter 13 Trustee was informed by Debtor's Counsel in late December or early January 2012 of the transfer, and a Motion to modify the debtor's plan was filed on January 5, 2012 by the Trustee upon being informed of this transfer.

5. This transfer is a void transfer and was done in violation of the confirmation order entered on August 5, 2010

6. A hearing was held and an order and Memorandum Opinion entered by The Honorable Douglas O. Tice, Jr. on May 15, 2012 directing that the Trustee's Motion to Modify was granted as to the Debtor, Rebecca J. Delconte, and directing the debtor to Amend her plan to pay a 100% distribution to her

    unsecured claimholders, or the case be dismiss and the debtor is to be ineligible for a discharge on her debts.

7. No action has been taken by the debtor to modify her plan as to this date.

8. It is unfair and in bad faith that the debtor should be allowed to transfer and put out of reach of her claimholders, and the Chapter 13 Trustee, property that was part of the estate, that is a void transfer, and was done in violation of a Court order.

  WHEREFORE, the Chapter 13 Trustee, by Counsel, respectfully requests that the Court enter an Order Declaring the Transfer Void and direct the Chapter 13 Trustee to commence an Adversary Proceeding to Sell Real Estate or Dismiss this case, with a permanent bar to discharge of any of the claims filed in this case, in this Bankruptcy Court or any other Bankruptcy Court.


Carl M. Bates
Chapter 13 Trustee

By Counsel:  /s/ Susan H. Call
Susan H. Call, Esquire
Counsel for the Chapter 13 Trustee
P. O. Box 1890
Richmond, Virginia 23218-1780
(804) 237-6800; STATE BAR NUMBER:  34367

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Motion was served by first-class mail, postage prepaid, June 15, 2012 upon the Debtor, Rebecca J. Delconte **at, 713 Old Town Drive, Colonial Heights, VA 23834, all creditors on the attached list and by e-mail** notification to her attorney, Patrick Thomas Keith, and Mark C. Leffler at ecf@bolemanlaw.com.

        /s/ Susan H. Call
        Susan H. Call

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**In Re: George Arthur Delconte, Jr.**
**Rebecca J. Delconte**

**AS TO DEBTOR REBECCA J. DELCONTE ONLY**

Case No: 07-30583
Chapter 13

## NOTICE OF MOTION AND NOTICE OF HEARING

The Chapter 13 Trustee has filed papers with the Court to request an Order be entered holding the transfer of Real Estate is void and direct the Chapter 13 Trustee to commence an Adversary Proceeding to Sell Real Estate or Dismiss this case, with a permanent bar to discharge of any of the claims filed in this case, in this Bankruptcy Court or any other Bankruptcy Court

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

**File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street
        Richmond, VA 23219

You must also mail a copy to:

        Carl M. Bates
        Chapter 13 Trustee
        P. O. Box 1890
        Richmond, Virginia 23218-1780

**Attend the Hearing scheduled to be held on <u>August 1, 2012</u>, at <u>11:30 A.M.</u>, at the U.S. Bankruptcy Court, 701 East Broad Street, Rm. 5100, Richmond, VA 23219.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Carl M. Bates
Chapter 13 Trustee

By Counsel:  /s/ Susan H. Call
Susan H. Call, Esquire
Counsel for the Chapter 13 Trustee
P. O. Box 1890
Richmond, Virginia 23218-1780
(804) 237-6800
STATE BAR NUMBER:  34367

I hereby certify that a copy of the foregoing Notice of Motion and Hearing was served by first-class mail, postage prepaid, June 15, 2012 upon the Debtor, Rebecca J. Delconte **at, 713 Old Town Drive, Colonial Heights, VA 23834, all creditors on the attached list and by e-mail** notification to her attorney, Patrick Thomas Keith, and Mark C. Leffler at ecf@bolemanlaw.com.

/s/ Susan H. Call
Susan H. Call

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 07-30583-DOT<br>Eastern District of Virginia<br>Richmond<br>Thu Jun 14 15:49:45 EDT 2012 | B-Line, LLC<br>P.O. Box 91121<br>Dept. 550<br>SEATTLE, WA 98111-9221 | CITIMORTGAGE, INC<br>1000 TECHNOLOGY DRIVE<br>O FALLAON, MO 63368-2240 |
| East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Ford Motor Credit Company LLC<br>Carl A. Eason, Esq.<br>Convergence Center IV<br>301 Bendix Road, Ste 500<br>Virginia Beach, VA 23452-1388 | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>GREENVILLE, SC 29603-0587 |
| PRA Receivables Management, LLC Assocs<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Roundup Funding, LLC<br>Mail Stop 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | AMERICA HONDA FINANCE CORP.<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | American Express<br>RE: Bankruptcy<br>P.O. Box 7863<br>Fort Lauderdale, FL 33329-7863 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| American Honda Finance Corporation<br>c/o Carl A. Eason, Esquire<br>One Columbus Center, Suite 1100<br>Virginia Beach, VA 23462-6765 | CITIMORTGAGE INC.<br>P.O. BOX 140609<br>IRVING, TX 75014-0609 | Chase<br>PO BOX 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA NA<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | CitiFinancial Mortgage Company Inc.<br>Attn: Dallas CASH Services- ATM<br>4050 Regent Mail Stop: N1B-165<br>Irving, TX 75063-2246 | CitiMortgage, Inc.<br>P O Box 6941<br>The Lakes, NV 88901-6941 |
| Citifinancial<br>Attn: Bankruptcy Dept<br>11436 Cronhill Drive Suite H<br>Owings Mills, MD 21117-2285 | Citifinancial Mortage Co.<br>Re: Bankruptcy<br>P O Box 1900<br>Hatboro, PA 19040-8419 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 |
| Ford Motor Credit Company LLC<br>c/o Carl A. Eason, Esquire<br>Convergence Center IV<br>301 Bendix Road, Suite 500<br>Virginia Beach, VA 23452-1388 | GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896-0061 | GEMB/TIREK<br>RE: Bankruptcy<br>P.O. Box 981127<br>El Paso, TX 79998-1127 |
| HFC<br>PO Box 17574<br>Baltimore, MD 21297-1574 | Household Finance Coproration<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | LVNV Funding LLC as assignee of American Exp<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |

LVNV Funding LLC its successors and assigns
assignee of CitiFinancial Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding LLC its successors and assigns
assignee of Citibank USA
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lowe's
P.O. Box 25428
Charlotte, NC 28229-5428

Office of the US Trustee
600 East Main Street
Suite 301
Richmond, VA 23219-2430

Old Navy
Re: Bankruptcy
P.O. Box 103090
Roswell, GA 30076-0000

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

ROUNDUP FUNDING, L.L.C.
MS 550
PO Box 91121
SEATTLE, WA 98111-9221

Sarah DelConte
9305 Farmington Drive
Richmond, VA 23229-5335

Sears
RE: Bankruptcy
133200 Smith Road
Cleveland, OH 44130-0000

Target
RE: Bankruptcy
PO Box 59231
Minneapolis, MN 55459-0231

Target National Bank
TARGET
c/o Weinstein & Riley, P.S.
2101 Fourth Ave., Suite 900
Seattle, WA 98121-2339

Team & Wheel Federal CU
PO Box 8982
Madison, WI 53708-8982

eCAST Settlement Corporation assignee of
GE Money Bank/Lowes Consumer
POB 35480
Newark NJ 07193-5480

eCAST Settlement Corporation assignee of
GE Money Bank/Old Navy
POB 35480
Newark NJ 07193-5480

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819

Elizabeth C. Brogan
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588

George Arthur DelConte Jr.
713 Old Town Drive
Colonial Heights, VA 23834-1738

James M. Flaherty
Boleman Law Firm
P.O. Box 11588
Richmond, VA 23230-1588

Kathryn E. Smits
Boleman Law Firm
P.O. Box 11588
Richmond, VA 23230-1588

Mark C. Leffler
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Road
Suite 130
Virginia Beach, VA 23452-1380

Patrick Thomas Keith
Boleman Law Firm, PC
P.O. Box 11588
Richmond, VA 23230-1588

Rebecca Jayne DelConte
713 Old Town Drive
Colonial Heights, VA 23834-1738

Trenya Putrell Mason
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corp
Attn: Bankruptcy Dept
8601 McAlpine Park Dr, Ste 230
Charlotte, NC 28211-0000

(d)American Honda Finance Corp
P.O. Box 105027
Atlanta, GA 30348-0000

Ford Motor Credit
17197 North Laurel Park Drive
Suite 402
Livonia, MI 48152-0000

```
(d)Ford Motor Credit Company         (d)Ford Motor Credit Company         Portfolio Recovery Associates, LLC
Drawer 55-953                        P.O. Box 537901                      PO Box 41067
P.O. Box 55000                       Livonia, MI 48153-9905                Norfolk, VA  23541
Detroit, MI  48255-0953
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)American Honda Finance Corporation     (d)B-Line, LLC                      (d)East Bay Funding, LLC
                                          P.O. Box 91121                      c/o Resurgent Capital Services
                                          Dept. 550                           PO Box 288
                                          Seattle, WA 98111-9221              Greenville, SC 29602-0288


(d)eCAST Settlement Corporation           End of Label Matrix
POB 35480                                 Mailable recipients    52
Newark NJ 07193-5480                      Bypassed recipients     4
                                          Total                  56
```